**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERVIN FLORES SALGUERO<br><br>　　　　Plaintiff,<br><br>v.<br><br>EERKINS, INC., et al.<br><br>　　　　Defendants. | Case No. 1:20-cv-00856-TJK |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action against all Defendants with prejudice, Plaintiff to bear his own costs and attorney's fees.

Date: October 7, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
JONATHAN P. TUCKER, #1026050
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*